UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **October 28, 2025** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☒ In Person ☐ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **25-CV-1149 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Khaykin v. Nassau County, New York et al |
| **FOR PLAINTIFF(S):** | Amy L Bellantoni |
| **FOR DEFENDANT(S):** | John Carnavale |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 11:20-11:26 |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the parties' joint request to stay all discovery is GRANTED pending a decision by District Judge Gary R. Brown on Defendant Nassau County's tentative Motion to Dismiss.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge